UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:11-CR-143(02)RM |
| | ) | |
| JASON GRAHAM | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 19, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 37], ACCEPTS defendant Jason Graham's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1) and 856(a)(1).

SO ORDERED.

ENTERED:  February 13, 2012

/s/ Robert L. Miller, Jr.
Judge, United States District Court